**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

In re: NAMIOT, LEO J., JR.　　　　　　　　　　§　Case No. 14-51743-AHWS
　　　NAMIOT, JAMIE A.　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　　§

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 17, 2014. The undersigned trustee was appointed on November 17, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of　　$　　　　4,521.50

　　Funds were disbursed in the following amounts:
| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 60.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]　$ | 4,461.50 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/28/2015 and the deadline for filing governmental claims was 07/28/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,130.38. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,130.38, for a total compensation of $1,130.38.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $30.73, for total expenses of $30.73.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/07/2015           By: /s/RONALD I. CHORCHES
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-51743-AHWS  
**Case Name:** NAMIOT, LEO J., JR.  
NAMIOT, JAMIE A.  
**Period Ending:** 11/07/15

**Trustee:** (270090) RONALD I. CHORCHES  
**Filed (f) or Converted (c):** 11/17/14 (f)  
**§341(a) Meeting Date:** 12/18/14  
**Claims Bar Date:** 07/28/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 33 Falcon Ridge Road Torrington (J) | 330,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash (J) | 62.00 | 0.00 | | 0.00 | FA |
| 3 | Peoples United Checking (J) | 211.00 | 0.00 | | 0.00 | FA |
| 4 | Peoples United Savings (J) | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Peoples United Bank (W) | 1,155.00 | 0.00 | | 0.00 | FA |
| 6 | Peoples United-Child Custodian Act (J) | 264.00 | 0.00 | | 0.00 | FA |
| 7 | Peoples United Savings (W) | 9.00 | 0.00 | | 0.00 | FA |
| 8 | Thomaston Savings Bank-Checking (H) | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Household Goods and Furnishing (J) | 2,250.00 | 0.00 | | 0.00 | FA |
| 10 | Misc Books DVD's CD's (J) | 20.00 | 0.00 | | 0.00 | FA |
| 11 | Husband's Clothing (H) | 10.00 | 0.00 | | 0.00 | FA |
| 12 | Wife's Clothing (W) | 10.00 | 0.00 | | 0.00 | FA |
| 13 | Wedding Ring /Engagement Band-Costume Jwlry (W) | 2,000.00 | 0.00 | | 0.00 | FA |
| 14 | Cash surr whole life/MetLife (W) | 7,705.00 | 0.00 | | 0.00 | FA |
| 15 | Cash surr whole life/MetLife (H) | 13,225.00 | 4,521.50 | | 4,521.50 | FA |
| 16 | 401K Danbury Hospital (W) | 26,757.00 | 0.00 | | 0.00 | FA |
| 17 | IRA with ING (H) | 11,515.00 | 0.00 | | 0.00 | FA |
| 18 | IRA - Great West Lifetime Advantage (H) | 930.00 | 0.00 | | 0.00 | FA |
| 19 | 301b Western CT Health Network (W) | 27,612.00 | 0.00 | | 0.00 | FA |
| 20 | Husband's 2014 CT DRS Refund (H) | 61.00 | 0.00 | | 0.00 | FA |
| 21 | 2014 CT DRS Refund (W) | 37.00 | 0.00 | | 0.00 | FA |
| 22 | 2014 Inome Tax Refund (W) | 5,768.00 | 0.00 | | 0.00 | FA |
| 23 | 2014 Income Tax Refund (H) | 449.00 | 0.00 | | 0.00 | FA |
| 24 | 2005 Chev Equinox 200,000 mi/Fair (W) | 2,400.00 | 0.00 | | 0.00 | FA |
| 25 | 2012 Nissan Frontier Pickup (H) | 12,000.00 | 0.00 | | 0.00 | FA |
| 26 | 1999 Yamaha XL Jetski 1200cc (J) | 1,600.00 | 0.00 | | 0.00 | FA |
| 26 | **Assets Totals** (Excluding unknown values) | **$446,650.00** | **$4,521.50** | | **$4,521.50** | **$0.00** |

Printed: 11/07/2015 01:12 PM    V.13.25

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-51743-AHWS  **Trustee:** (270090) RONALD I. CHORCHES
**Case Name:** NAMIOT, LEO J., JR.  **Filed (f) or Converted (c):** 11/17/14 (f)
NAMIOT, JAMIE A.  **§341(a) Meeting Date:** 12/18/14
**Period Ending:** 11/07/15  **Claims Bar Date:** 07/28/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** November 30, 2015  **Current Projected Date Of Final Report (TFR):** November 7, 2015 (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-51743-AHWS
**Case Name:** NAMIOT, LEO J., JR.
NAMIOT, JAMIE A.
**Taxpayer ID #:** **-***8286
**Period Ending:** 11/07/15

**Trustee:** RONALD I. CHORCHES (270090)
**Bank Name:** Rabobank, N.A.
**Account:** ******0866 - Checking Account
**Blanket Bond:** $20,825,320.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/15 | {15} | Leo and Jamie Namiot | Proceeds from Husband's cash value Whole Life Insurance Policy | 1129-000 | 4,521.50 | | 4,521.50 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,511.50 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,501.50 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,491.50 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,481.50 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,471.50 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,461.50 |
| | | | **ACCOUNT TOTALS** | | 4,521.50 | 60.00 | **$4,461.50** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,521.50 | 60.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,521.50** | **$60.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0866** | 4,521.50 | 60.00 | 4,461.50 |
| | $4,521.50 | $60.00 | $4,461.50 |

{} Asset reference(s)

Printed: 11/07/2015 01:12 PM   V.13.25

# Claims Register

### Case: 14-51743-AHWS  NAMIOT, LEO J., JR.

Claims Bar Date: 07/28/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | RONALD I. CHORCHES<br>449 SILAS DEANE HIGHWAY<br>WETHERSFIELD, CT 06109<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>11/17/14 |  | $1,130.38<br>$1,130.38 | $0.00 | $1,130.38 |
|  | RONALD I. CHORCHES<br>449 SILAS DEANE HIGHWAY<br>WETHERSFIELD, CT 06109<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>11/17/14 |  | $30.73<br>$30.73 | $0.00 | $30.73 |
| 1 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/04/15 | Debt of wife; Funds in estate are attributable to asset of husband | $8,437.17<br>$0.00 | $0.00 | $0.00 |
| 2 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/04/15 | Debt of husband<br>Okay as General Unsecured | $5,385.03<br>$5,385.03 | $0.00 | $5,385.03 |
| 3 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/21/15 | Debt of husband<br>Okay as General Unsecured | $2,097.85<br>$2,097.85 | $0.00 | $2,097.85 |
| 4 | S.M.R. Realty Co., LLC<br>c/o Franklin G. Pilicy, Esq.<br>365 Main Street<br>Watertown, CT 06795<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/02/15 | DISALLOWED BY COURT ORDER 10-8-15 | $16,000.00<br>$0.00 | $0.00 | $0.00 |
| 5 | DHL Global Forwarding<br>1801 NW 82nd Avenue<br>Doral, FL 33126<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/09/15 | DISALLOWED BY COURT ORDER 10-8-15 | $1,652.30<br>$0.00 | $0.00 | $0.00 |
| 6 | Cavalry Spv I, LLC<br>Assignee of Capital One, N.A.,Bass &<br>Associates, P.C.,3936 E. Ft. Lowell Road<br>Tucson, AZ 85712<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/22/15 | Debt of husband<br>Okay as General Unsecured | $1,684.71<br>$1,684.71 | $0.00 | $1,684.71 |

# Claims Register

### Case: 14-51743-AHWS    NAMIOT, LEO J., JR.

Claims Bar Date: 07/28/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 07/15/15 | Debt of husband Okay as General Unsecured | $5,279.82 $5,279.82 | $0.00 | $5,279.82 |
| 8 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 07/15/15 | Debt of wife; Funds in estate are attributable to asset of husband | $28,682.83 $0.00 | $0.00 | $0.00 |
| 9 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 07/21/15 | Lowe's - debt of husband Okay as General Unsecured | $744.12 $744.12 | $0.00 | $744.12 |
| 10 | Sarracco Mechanical Services, Inc. c/o Mark T. Kelly, Esq. 900 Chapel Street, Suite 620 New Haven, CT 06510 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 07/24/15 | DISALLOWED BY COURT ORDER 10-8-15 | $10,209.60 $0.00 | $0.00 | $0.00 |
| | | | **Case Total:** | | **$0.00** | **$16,352.64** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                  Exhibit D

Case No.: 14-51743-AHWS
Case Name: NAMIOT, LEO J., JR.
Trustee Name: RONALD I. CHORCHES

**Balance on hand:**                                 $         4,461.50

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                       $     4,461.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RONALD I. CHORCHES | 1,130.38 | 0.00 | 1,130.38 |
| Trustee, Expenses - RONALD I. CHORCHES | 30.73 | 0.00 | 30.73 |

Total to be paid for chapter 7 administration expenses:   $     1,161.11
Remaining balance:                                        $     3,300.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:                                            $     3,300.39

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:                      $     3,300.39

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 15,191.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | 0.00 | 0.00 | 0.00 |
| 2 | Discover Bank | 5,385.03 | 0.00 | 1,169.91 |
| 3 | Capital One Bank (USA), N.A. | 2,097.85 | 0.00 | 455.76 |
| 4 | S.M.R. Realty Co., LLC | 0.00 | 0.00 | 0.00 |
| 5 | DHL Global Forwarding | 0.00 | 0.00 | 0.00 |
| 6 | Cavalry Spv I, LLC | 1,684.71 | 0.00 | 366.01 |
| 7 | PYOD, LLC its successors and assigns as assignee | 5,279.82 | 0.00 | 1,147.05 |
| 8 | PYOD, LLC its successors and assigns as assignee | 0.00 | 0.00 | 0.00 |
| 9 | Synchrony Bank | 744.12 | 0.00 | 161.66 |
| 10 | Sarracco Mechanical Services, Inc. | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $     3,300.39
Remaining balance:     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims:     $     0.00
Remaining balance:     $     0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**